No. 9457. ANGUS McDONALD, JR., THOMAS R. McDONALD, MARGARET McDONALD, and TRIBAL COUNCIL of the CONFEDERATED SALISH and KOOTENAI TRIBES of the FLATHEAD RESERVATION OF MONTANA, PLAINTIFFS AND APPELLANTS, *v.* N. T. McINTOSH as County Assessor, LEO C. FRITZ as County Treasurer, and WALLY BRITTON as Sheriff and Deputy County Treasurer of Sanders County, Montana, and THE STATE OF MONTANA, DEFENDANTS AND RESPONDENTS.

306 Pac. (2d) 267.

Decided Jan. 23, 1957.

*Stanley M. Doyle,* Polson, *George M. Tunison,* Omaha, Neb., for appellant.

*Arnold H. Olsen,* Atty. Gen., *Forrest H. Anderson,* Atty. Gen., and *William F. Crowley,* Asst. Atty. Gen., and *H. O. Vralsted,* Spec. Asst. Atty. Gen. and *H. J. Pinsoneault,* Asst. Atty. Gen., Tax Counsel Board of Equalization, for respondent.

Per Curiam.

The record filed on this appeal fails to show any compliance with the provisions of R.C.M. 1947, sections 93-8001, 93-8005 and 93-8017. See also Hahn v. James, 26 Mont. 50, at page 52, 66 Pac. 463.

Accordingly the appeal is dismissed forthwith.